UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____
                                                                )
GENERAL MILLS, INC., a Delaware      )
corporation, and GENERAL MILLS IP   )          **Civil No. 11-cv-02683 SRN/JJK**
HOLDINGS II, LLC, a Delaware limited)
liability company,                                       )
                                                                )
     Plaintiffs,                                 )
                                                                )
v.                                                            )
                                                                )
FAGE DAIRY INDUSTRY S.A.,            )
a foreign corporation, FAGE USA       )
DAIRY INDUSTRY, INC., a New York )
corporation, and FAGE USA               )
HOLDINGS, INC., a New York            )
corporation,                                             )
                                                                )
     Defendants.                             )
_____  )

**STIPULATED MOTION FOR TRANSFER OF VENUE**

Plaintiffs General Mills, Inc. and General Mills IP Holdings II, LLC and Defendants Fage USA Dairy Industry, Inc. and Fage USA Holdings, Inc. hereby jointly move pursuant to 28 U.S.C. § 1404(a) to transfer this action, in its entirety, to the United States District Court for the Northern District of New York where the parties expect that it will be consolidated with the action entitled, *Fage Dairy Industry, S.A. et al. v. General Mills, Inc. et al.*, Case No. 06:11-CV-01174 (TJM/DEP).

In support of this motion, the parties stipulate that the requested transfer is for the convenience of the parties and witnesses, and is in the interest of justice based on the current circumstances of both cases. The parties further stipulate that the United States

District Court for the Northern District of New York is a district where this action might have been brought and a district to which all parties (including but not limited to Defendant Fage Dairy Industry S.A., which has objected to the jurisdiction of this Court) have consented.

Dated: June 4, 2012

By: s/Ronn B. Kreps
 Ronn B. Kreps (License #0151142)
 FULBRIGHT & JAWORSKI L.L.P.
 2100 IDS Center
 80 South Eighth Street
 Minneapolis, Minnesota 55402
 Telephone: (612) 321-2800
 rkreps@fulbright.com

 Linda L. Addison (*pro hac vice*)
 FULBRIGHT & JAWORSKI L.L.P.
 666 Fifth Avenue
 New York, New York 10103
 Telephone: (212) 318-3456
 laddison@fulbright.com

 Richard Groos (*pro hac vice*)
 Marcy Hogan Greer (*pro hac vice*)
 Brandon Ress (*pro hac vice*)
 FULBRIGHT & JAWORSKI L.L.P.
 98 San Jacinto Boulevard, Suite 1100
 Austin, Texas 78701
 Telephone: (512) 474-5201
 rgroos@fulbright.com
 mgreer@fulbright.com
 bress@fulbright.com

  *ATTORNEYS FOR PLAINTIFFS*

By: s/Carrie L. Hund
 Lewis A. Remele, Jr. (License #90724)
 Kevin P. Hickey (License #202484)
 Carrie L. Hund (License #277149)
 BASSFORD REMELE
 33 South Sixth Street, Suite 3800
 Minneapolis, Minnesota 55402
 Telephone: (612) 333-3000
 lremele@bassford.com
 khickey@bassford.com
 chund@bassford.com

 Virginia R. Richard (*pro hac vice*)
 WINSTON & STRAWN LLP
 200 Park Avenue
 New York, New York 10166
 Telephone: (212) 294-6700
 vrichard@winston.com

 Kimball R. Anderson (*pro hac vice*)
 WINSTON & STRAWN LLP
 35 W. Wacker Drive
 Chicago, Illinois 60601
 Telephone:  (312) 558-5858
 kanderson@winston.com

  *ATTORNEYS FOR DEFENDANTS*